1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7

8

9

In Re:

LLS AMERICA, LLC,

Debtor,

10

11

12

13

14

15

16

BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,

Plaintiff,

v.

OLD ORCHARD CAMPGROUND, LTD,

Defendant.

NO:  CV-12-445-RMP

Bankr. Case No. 09-06194-PCW11

Adv. Proc. No. 11-80196-PCW11

ORDER ADOPTING REPORT AND RECOMMENDATION FOR DEFAULT JUDGMENT

17

18

19

20

**BEFORE THE COURT** is the Report and Recommendation re: Plaintiff's

Motion for Default Judgment, BK ECF No. 38 and DC ECF No. 23, entered in the

Bankruptcy Court on May 8, 2013, and the Amended Transmittal of Proposed

ORDER ADOPTING REPORT AND RECOMMENDATION FOR DEFAULT JUDGMENT ~ 1

Findings of Fact and Conclusions of Law and Certification that Objections Have Not Been Filed, BKC ECF No. 44, DC ECF No. 25.

Having reviewed the Report and Recommendation and all relevant filings and no objections being filed, this Court finds that good cause exists to adopt the Bankruptcy Court's ruling.

Accordingly, **IT IS HEREBY ORDERED**:  The Report and Recommendation to grant default judgment, **DC ECF No. 23**, is **ADOPTED**.

The District Court Clerk is hereby directed to enter this Order and the attached Default Judgment, provide copies to counsel and to Judge Patricia C. Williams, and close this case.

**DATED** this 28th day of August 2013.


           *s/ Rosanna Malouf Peterson*
           ROSANNA MALOUF PETERSON
           Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION FOR DEFAULT JUDGMENT ~ 2