# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| In Re: LLS AMERICA, LLC,          Debtor;<br>BRUCE P.. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America LLC,<br>*Plaintiff*<br>v.<br>OLD ORCHARD CAMPGROUND,<br>*Defendant* | Bankruptcy No. 09-06194-PCW11<br>Adversary No. 11-80196-PCW11<br>Civil Action No. CV-12-445-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:    Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have judgment against the Defendant Old Orchard Campground in the amount of CAD $103,752.33 and costs (i.e., filing fee) in the amount of $250.00 USD, for a total judgment of CAD $103,752.33, plus $250.00 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: August 28, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda Emerson
*(By) Deputy Clerk*

Linda Emerson